**HONORABLE MARY ALICE THEILER**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al.<br><br>Plaintiffs<br><br>v.<br><br>MARK T. McCOY, INC., dba MTM CONSTRUCTION<br><br>Defendant | NO. C05-0207-MAT<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**Clerk's Action Required** |

**STIPULATION**

Plaintiffs Carpenters Health and Security Trust of Western Washington, Carpenters of Western Washington Individual Account Pension Trust, Carpenters Retirement Trust Of Western Washington, Carpenters Vacation Trust of Western Washington, Carpenters-Employers Apprenticeship and Training Trust Fund of Western Washington, and Pacific Northwest Regional Council of Carpenters, and Defendant Mark T. McCoy, Inc., dba MTM Construction, stipulate that all claims against Defendant for fringe benefits contributions and wage deductions for April

STIP. & ORDER OF DISMISSAL
WITHOUT PREJUDICE—1
Case No. C05-0207-MAT

Law Offices of
**Mary L. Stoll**
Seattle Tower, Suite 1100 — 1218 Third Avenue
Seattle, WA  98101-3081
Telephone 206-623-2855
Fax 206-667-9805

1  2004 through February 2005, shall be dismissed without prejudice and without costs, as the

2  matter is settled.

3

4  Dated November 9, 2005

5

6  s/ Mary L. Stoll
   Mary L. Stoll, WSBA No. 16446
7  Attorney for Plaintiffs
   LAW OFFICES OF MARY L. STOLL
8  Seattle Tower, Suite 1100
   1218 Third Avenue
9  Seattle WA  98101-3081
   Telephone 206-623-2855
10 Fax 206-667-9805
   Email marys@mlstoll-law.com

11

12
   Per telephone/facsimile/email approval received on November 9, 2005.
13 Approved as to form, notice of presentation waived.

14

15 s/ Ben D. Cushman
   Ben D. Cushman, WSBA No. 26358
16 Attorney for Defendant
   CUSHMAN LAW OFFICES, P.S.
17 924 Capitol Way South
   Olympia WA  98501
18 Telephone 360-534-9183
   Fax 360-956-9795
19 Email bencushman@cushmanlaw.com

20 / / /

21 / / /

22 / / /

STIP. & ORDER OF DISMISSAL
WITHOUT PREJUDICE—2
Case No. C05-0207-MAT

**Law Offices of**
**Mary L. Stoll**
Seattle Tower, Suite 1100 — 1218 Third Avenue
Seattle, WA  98101-3081
Telephone 206-623-2855
Fax 206-667-9805

**ORDER**

Based upon the foregoing stipulation, it is hereby

**ORDERED** that any and all claims against Defendant Mark T. McCoy, Inc., dba MTM Construction, for fringe benefits contributions and wage deductions for April 2004 through February 2005, are hereby dismissed without prejudice and without costs.

Dated this 10th day of November, 2005

s/ Mary Alice Theiler
UNITED STATES MAGISTRATE COURT JUDGE

Presented by:

s/ Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiffs
LAW OFFICES OF MARY L. STOLL
Seattle Tower, Suite 1100
1218 Third Avenue
Seattle WA  98101-3081
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

STIP. & ORDER OF DISMISSAL
WITHOUT PREJUDICE—3
Case No. C05-0207-MAT

**Law Offices of**
**Mary L. Stoll**
Seattle Tower, Suite 1100 — 1218 Third Avenue
Seattle, WA  98101-3081
Telephone 206-623-2855
Fax 206-667-9805

1  Per telephone/facsimile/<u>email</u> approval received on November 9, 2005.
   Approved as to form, notice of presentation waived.
2

3
   s/ Ben D. Cushman
4  Ben D. Cushman, WSBA No. 26358
   Attorney for Defendant
5  CUSHMAN LAW OFFICES, P.S.
   924 Capitol Way South
6  Olympia WA  98501
   Telephone 360-534-9183
7  Fax 360-956-9795
   Email bencushman@cushmanlaw.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIP. & ORDER OF DISMISSAL
WITHOUT PREJUDICE—4
Case No. C05-0207-MAT

**Law Offices of**
**Mary L. Stoll**
Seattle Tower, Suite 1100 — 1218 Third Avenue
Seattle, WA  98101-3081
Telephone 206-623-2855
Fax 206-667-9805